IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERESA KETNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 5:19-cv-6156-JTM |
| CORIZON, LLC, | ) |
| JOHN DUNN, | ) JURY TRIAL DEMANDED |
| GREGORY LINK, | ) |
| VEVIA STURM, and | ) |
| AARON YORK, | ) |
| The individuals sued in their | ) |
| Individual Capacities, | ) |
| | ) |
| **Defendants.** | ) |

## PARTIES JOINT MOTION TO DISMISS WITH PREJUDICE

Come now the Plaintiff and all Defendants, by and through their Attorneys, and request this Court to dismiss this entire action with prejudice, as to all Defendants, as the Parties have resolved all claims.

Respectfully submitted,

*/s/ John Ammann*
John Ammann, MO# 34308
St. Louis University Legal Clinic
Brendan D. Roediger, Mo. #60585
Susan McGraugh, Mo. #37430
St. Louis University School of Law
100 North Tucker
St. Louis, MO 63101
Phone: 314-977-2778
Fax: 314-977-1180
john.ammann@slu.edu
brendan.roediger@slu.edu
susan.mcgraugh@slu.edu
*Attorneys for Plaintiff*

/s/ Jenifer C. Snow
Jenifer C. Snow, MO # 67345
Ryan J. Gavin, MO #48691
KAMYKOWSKI GAVIN & SMITH
222 S. Central Ave. Suite 1100
St. Louis, MO 63105
Phone: (314) 665-3280
Fax: (314) 762-6721
Jenifer@kgslawfirm.com
ryan@kgslawfirm.com
*Attorneys for Plaintiff*

<div style="display: flex;">
<div>

*J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode #31080MO
Dwight Vermette
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendants Corizon, LLC and Gregory Link*

</div>
<div>

*/s/ Roger W. Slead*
Roger W. Slead #37230
Horn Aylward & Bandy LLC
2600 Grand
Suite 1100
Kansas City, Mo. 64108
(816) 421-0700
Fax: (816)-421-0899
rslead@hab-law.com
*Attorney for John Dunn*

</div>
</div>

*/s/ Nicolas Taulbee*
Nicolas Taulbee, MO# 61065
MISSOURI ATTORNEY GENERAL'S OFFICE
615 E. 13TH ST.
Kansas City, Mo. 64106
Phone: 816-889-5000
Fax: 816-889-5006
Nicolas.Taulbee@ago.mo.gov
*Attorney for Defendant Aaron York*

*/s/ Zachary T. Buchheit*
*/s/ Michael Pritchett*
Zachary T. Buchheit #71816
Michael Pritchett, #33848
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
573-751-8864 fax: 573-751-9546
Zachary.buchheit@ago.mo.gov
Michael.pritchett@ago.mo.gov
*Attorneys for Defendant Vevia Sturm*

3

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon all counsel of record via ECF this 12th day of June, 2020.

                                                   /s/ John J. Ammann
                                                   John J. Ammann